**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **NO. 9:13-CV-304** |
| **100,058.58 IN UNITED STATES CURRENCY** | § § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 93-11. Pending before the court is the "Motion for Default Judgment" (Doc. No. 11) filed by the United States of America. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 13), recommending that the court grant the motion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 13) is **ADOPTED**; and the United States' "Motion for Default Judgment" (Doc. No. 11) is **GRANTED**.

So **ORDERED** and **SIGNED** this **30** day of **September, 2014.**

_____
Ron Clark, United States District Judge